**Stephen E. GOBISH, Petitioner,**

v.

**DEPARTMENT OF the TREASURY,
Respondent.**

**No. 03–3165.**

United States Court of Appeals,
Federal Circuit.

April 23, 2003.

ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Lester SWANSON, Jr., Petitioner,**

v.

**DEPARTMENT OF
TRANSPORTATION, Respondent.**

**No. 03–3170.**

United States Court of Appeals,
Federal Circuit.

April 23, 2003.

ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**PLASTICS RESEARCH
CORPORATION, Plaintiff–Appellant,**

v.

**BRITE MILLWORK, INC., Defendant,**

**and**

**Weyerhaeuser USA, Inc.,
Defendant–Appellee.**

**No. 02–1563.**

United States Court of Appeals,
Federal Circuit.

April 24, 2003.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b). Each party shall bear its own costs.